UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:21-cv-81452-WPD

HOWARD COHAN,

      Plaintiff,

vs.

ROSS DRESS FOR LESS INC.,

      Defendants.

_____/

## NOTICE OF SETTLEMENT

Defendant, Ross Dress for Less, Inc., and Plaintiff, Howard Cohan, pursuant to S.D. Fla. L.R. 16.4, give notice that the parties have reached an agreement to settle this matter, subject only to the preparation and execution of a written settlement agreement *and the Court's approval of the settlement*. The Parties request twenty (21) days to document and execute their settlement agreement, and to submit an appropriate motion seeking Court approval of their settlement. Subject to first obtaining the Court's approval of the settlement, the parties will then stipulate to dismissal of this action.

Dated this 12th day of October 2021.

Respectfully submitted,

By: /s/ Courtney B. Wilson
Courtney B. Wilson, Esq.
Florida Bar No. 614580
E-Mail: cwilson@littler.com
Secondary: lshelnut@littler.com
LITTLER MENDELSON, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL 33131
Telephone: (305) 400-7500
Facsimile: (305) 603-2552

*ATTORNEYS FOR DEFENDANT,*
*ROSS DRESS FOR LESS, INC.*

4832-5201-6382.1 / 022233-2569