UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:21-cv-81452-WPD

HOWARD COHAN,

    Plaintiff,

vs.

ROSS DRESS FOR LESS, INC.,

    Defendants.
_____/

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AND FOR DISMISSAL

THIS CAUSE came before the Court upon the Motion for Approval of Parties' Joint Motion For Approval of Settlement and for Dismissal [DE 11], filed November 1, 2021 ("Motion"). The Court has reviewed the Motion, the Settlement Agreement attached thereto [DE 11-2], and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Motion [DE 11] is **GRANTED**;
2. Having reviewed the relevant terms of the Settlement, the Court approves the Settlement Agreement and directs the parties to comply with the terms thereof;
3. This case is **DISMISSED WITH PREJUDICE**;
4. The Court retains jurisdiction to enforce the settlement agreement;
5. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of November, 2021.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record